STATE of Maine

v.

**Harold HARTLEY.**

Supreme Judicial Court of Maine.

Argued March 4, 1987.

Decided March 24, 1987.

David W. Crook, Dist. Atty., William Baghdoyan (orally), Asst. Dist. Atty., Skowhegan, for the State.

Norman S. Heitmann, III, Brad Snow (orally), Tanous & Heitmann, Millinocket, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

On the single issue of sufficiency of the evidence, the Defendant, Harold Hartley, appealed from a judgment of conviction of three sexual offenses as a result of guilty findings in Superior Court, Somerset County. We are satisfied that the factfinder rationally could find all the elements of the three offenses. *State v. Barry,* 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.